**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6496

RANDY RICHARD BROOKS,

Plaintiff - Appellant,

v.

DR. WATERS; MARTHA BLANCO; LEWIS BRESCOACH PAC; SIS R. TRYBUS,
Lieutenant; CHRISTINE SHAFFER; SUSAN MCCLINTOCK,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:06-cv-00084-REM-JSK)

Submitted:  July 22, 2008          Decided:  July 25, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy Richard Brooks, Appellant Pro Se.  Helen Campbell Altmeyer,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Richard Brooks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brooks v. Waters, No. 2:06-cv-00084-REM-JSK (N.D.W. Va. Mar. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED